IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER TEMPLIN, et. al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action |
| | : | Case No. 09-4092 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et. al., | : | |
| | : | |
| Defendants. | | |

**<u>ORDER</u>**

AND NOW, this 27th day of July, 2010, upon consideration of the Motion to Dismiss filed by Defendant Carefirst, Inc. (Doc. No. 19), the Motion to Dismiss filed by Defendants QCC Insurance Co. and Independence Blue Cross (Doc. No. 20), Plaintiffs' Amended Complaint (Doc. No. 16), Plaintiffs' Responses in Opposition to Defendants' Motions (Docs. No. 21 and 22), Defendant Carefirst's and Defendants QCC Insurance Co and Independence Blue Cross's Replies (Docs. No. 23 and 24), the Status Reports filed by Plaintiffs and by Defendants QCC Insurance Co. and Independence Blue Cross (Docs. No. 30 and 31), and after a hearing on the Motions held on March 19, 2010, it is hereby ORDERED as follows:

1. The Motion to Dismiss filed by Defendant Carefirst, Inc. (Doc. No. 19) is DENIED WITHOUT PREJUDICE;

2. The Motion to Dismiss filed by Defendants QCC Insurance Co. and Independence Blue Cross (Doc. No. 20) is DENIED WITHOUT PREJUDICE;

3.  This case is placed in SUSPENSE, and the parties are ORDERED to engage in an administrative review of all disputed claims as outlined in this Court's Opinion. The parties shall complete the administrative review process, and the case shall be returned to active status, within 120 days of the issuance of this Order. The parties shall update the Court on their progress every 60 days from the date of this Order. The update may be in the form of a letter to the Court which will be filed of record

4.  Plaintiffs are granted leave to file a second amended complaint within fifteen (15) days of the completion of the administrative review process, if they deem it necessary to do so.

BY THE COURT:


　/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.