IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER TEMPLIN, et. al.,          :
                                       :
                    Plaintiffs,        :        CIVIL ACTION
                                       :        NO. 09-4092
        v.                             :
                                       :
INDEPENDENCE BLUE CROSS, et. al.,      :
                                       :
                    Defendants.        :

## ORDER

AND NOW, this 22nd day of November 2010, upon receipt of notice from Plaintiffs (Doc. No. 47) that the parties engaged in and completed an administrative review of all disputed claims as outlined in this Court's July 27, 2010 Opinion (Doc. No. 39), and upon the filing by Plaintiffs of the Second Amended Complaint (Doc. No. 48) within fifteen (15) days of the completion of the administrative review process as directed by this Court in the July 27, 2010 Order (Doc. No. 40), it is ORDERED that the case is **REMOVED FROM THE SUSPENSE DOCKET** and **RESTORED TO ACTIVE STATUS ON THE TRIAL DOCKET**.

Defendants shall file an answer or otherwise plead under Fed. R. Civ. P. 12(b) to the Second Amended Complaint within the time provided under Fed. R. Civ. P. 15(a)(3).[1]

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1]    Fed. R. Civ. P. 15(a)(3) provides: "**Time to Respond.** Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."