IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, VIOLA HENDRICKS, FELDMAN'S MEDICAL CENTER PHARMACY, INC., and FCS PHARMACY, LLC,<br><br>                  Plaintiffs,<br><br>vs.<br><br>INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, and CAREFIRST, INC.<br><br>                  Defendants. | Case No.: 09-4092 (JHS) |

### STIPULATION EXTENDING TIME FOR DEFENDANT CAREFIRST, INC. TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED as follows:

      The undersigned counsel for plaintiffs agrees that defendant CareFirst, Inc. shall have until Friday, December 3, 2010 to answer, move or otherwise respond to plaintiffs' Second Amended Complaint.

1

Respectfully submitted,

ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for CareFirst, Inc.

By: ___/s/ Mark J. Oberstaedt___
       Mark J. Oberstaedt, Esquire

PADUANO WEINTRAUB, LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
Counsel for Plaintiffs

By: /s/ Jordan D. Becker_____
       Jordan D. Becker, Esquire

Dated: November 24, 2010

6209643v1