From the
United States District Court for the Eastern District of Pennsylvania

Third Circuit Docket Number \_\_\_\_\_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, VIOLA HENDRICKS, FELDMAN'S MEDICAL CENTER PHARMACY, INC., and FCS PHARMACY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, and CAREFIRST, INC., <br><br> Defendants. | Civil Action No. 09-4092 (JHS) <br> JUDGE JOEL H. SLOMSKY |

## NOTICE OF APPEAL

Notice is hereby given that Christopher Templin, Viola Hendricks, Feldman's Medical Center Pharmacy, Inc. and FCS Pharmacy, Inc. appeal to the United States Court of Appeals for the Third Circuit from that portion of an Order dated February 14, 2011 and entered in this action on February 15, 2011, which granted Defendants Independence Blue Cross and QCC Insurance Company's Motion to Dismiss Count Three of the Second Amended Complaint.

Dated: New York, New York
       March 15, 2011

*[signature]*
Anthony Paduano
Jordan D. Becker
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
ap@pwlawyers.com
jdb@pwlawyers.com

AND

MANTACOLE, LLC
Timothy S. Cole
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
(215) 325-1741 (telephone)
(215) 641-0469 (facsimile)
TimCole@mantacole.com

Attorneys for Appellants


TO: COUNSEL FOR APPELLEES

Katherine M. Katchen, Esq.
AKIN GUMP STRAUSS HAUER & FELD
Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 965-1239 (telephone)
(215) 965-1210 (telecopier)

Attorneys for Defendants
Independence Blue Cross and QCC Insurance Company

Mark J. Oberstaedt, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121(telephone)
(856) 795-0574 (telecopier)

Attorneys for Defendant CareFirst, Inc.