IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER TEMPLIN

vs.

INDEPENDENCE BLUE CROSS

09-4092
District Court Docket Number

Notice of Appeal Filed 3/15/2011
Court Reporter(s)/ESR Operator(s) CONNIE FLORES

Filing Fee:
   Notice of Appeal __Paid _X_ Not Paid ___Seaman
   Docket Fee       __Paid _X_ Not Paid ___USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

**FILED**

MAR 16 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
KIRK KOPACZ
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm