# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-1691

Christopher Templin, et al v. Independence Blue Cross, et al

5-09-cv-04092

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

Date: 4/11/2011

trg/cc: Jordan Becker, Esq.
Timothy S. Cole Esq.
David L. Comerford Esq.
Katherine M. Katchen Esq.
Jeffrey M. Kolansky Esq.
Mark J. Oberstaedt Esq.
Anthony J. Paduano Esq.
Matthew R. Varzally Esq.

A True Copy:

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.