IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER TEMPLIN, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-4092 |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 13th day of May 2011, upon consideration of Defendants' Independence Blue Cross and QCC Insurance Company's ("IBC Defendants") Motion to Dismiss the Second Amended Complaint (Doc. No. 54), Plaintiffs' Brief in Opposition to the Motion to Dismiss (Doc. No. 57), IBC Defendants' Reply Brief in Further Support of the Motion to Dismiss (Doc. No. 58), the Second Amended Complaint (Doc. No. 48), Defendant Carefirst, Inc.'s Answer (Doc. No. 52), and the Status Reports of February 12 and 15, 2011 (Doc. Nos. 65, 67), and after a hearing held on January 21, 2011 and for the reasons stated in the Court's Opinion filed this day, it is **ORDERED** as follows:

1. IBC Defendants' Motion to Dismiss the Second Amended Complaint (Doc. No. 54) is **GRANTED**.

2. The Second Amended Complaint (Doc. No. 48) is **DISMISSED WITH PREJUDICE** against all Defendants.

3. All pending Motions are **DENIED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.