FROM THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THIRD CIRCUIT DOCKET NUMBER \_\_\_\_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, VIOLA HENDRICKS, FELDMAN'S MEDICAL CENTER PHARMACY, INC., and FCS PHARMACY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, and CAREFIRST, INC., <br><br> Defendants. | Civil Action No. 09-4092 (JHS) <br> Hon. Joel H. Slomsky |

## NOTICE OF APPEAL

Notice is hereby given that Christopher Templin, Viola Hendricks, Feldman's Medical Center Pharmacy, Inc. and FCS Pharmacy, Inc. appeal to the United States Court of Appeals for the Third Circuit from an Order dated and entered in this action on May 13, 2011 which granted the Motion to Dismiss the Second Amended Complaint of Defendants Independence Blue Cross and QCC Insurance Company, and dismissed this action, in its entirety, as to all Defendants with prejudice.

Dated: New York, New York
May 26, 2011

/s/ _____
Anthony Paduano
Jordan D. Becker
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
ap@pwlawyers.com
jdb@pwlawyers.com

MANTACOLE, LLC
Timothy S. Cole
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
(215) 325-1741 (telephone)
(215) 641-0469 (facsimile)
TimCole@mantacole.com

Attorneys for Appellants

To:

Katherine M. Katchen, Esq.
AKIN GUMP STRAUSS HAUER & FELD
Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 965-1239 (telephone)
(215) 965-1210 (telecopier)

Attorneys for Defendants
Independence Blue Cross and QCC Insurance Company

Mark J. Oberstaedt, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121(telephone)
(856) 795-0574 (telecopier)

Attorneys for Defendant CareFirst, Inc.