IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TEMPLIN, et. al.

                09-4092
                District Court Docket Number

vs.

INDEPENDENCE BLUE CROSS, et. al.

Notice of Appeal Filed 5/27/2011
Court Reporter(s)/ESR Operator(s)      CONNIE FLORES

Filing Fee:
    Notice of Appeal __Paid  X  Not Paid  __Seaman
    Docket Fee        __Paid  X  Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending


                          Defendant's Address (for criminal appeals)



                          Prepared by :_____
                                KIRK KOPACZ
                              Deputy Clerk Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS