IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER TEMPLIN, et al., :
: CIVIL ACTION
Plaintiffs, :
: NO. 09-4092
v. :
:
INDEPENDENCE BLUE CROSS, et al., :
:
Defendants. :

**ORDER**

**AND NOW**, this 19th day of August 2011, upon consideration of Defendants Independence Blue Cross and QCC Insurance Company's ("IBC Defendants") Motion for Attorney's Fees and Costs (Doc. Nos. 77), Plaintiffs' Cross Motion for Attorney's Fees and Costs (Doc. No. 82), IBC Defendants' Motion to Strike (Doc. No. 87), all briefs and documents submitted by the parties in support of or in opposition to the Motions (Doc. No. 80, 83-84, 88-92, 95-104), the arguments of the parties at the July 19, 2011 hearing, and for reasons stated in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. IBC Defendants' Motion to Strike the Cross Motion for Attorney's Fees of Plaintiffs (Doc. No. 87) is **GRANTED**.

2. Plaintiffs' Cross Motion for Attorney's Fees and Costs (Doc. No. 82) is **DENIED**.

3. IBC Defendants' Motion for Attorney's Fees and Costs (Doc. No. 77) is **DENIED**.

4. All outstanding Motions are **DENIED** as moot.

5. The case shall remain **CLOSED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.