UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-2453

CHRISTOPHER TEMPLIN; VIOLA HENDRICKS;
FELDMAN'S MEDICAL CENTER PHARMACY, INC.;
FCS PHARMACY LLC,

Appellants

v.

INDEPENDENCE BLUE CROSS;
QCC INSURANCE COMPANY; CAREFIRST, INC.

No. 11-3443

CHRISTOPHER TEMPLIN; VIOLA HENDRICKS;
FELDMAN'S MEDICAL CENTER PHARMACY INC;
FCS PHARMACY, LLC,

Appellants

v.

INDEPENDENCE BLUE CROSS; QCC INSURANCE
COMPANY; CAREFIRST, INC.; CHRISTOPHER TEMPLIN; VIOLA HENDRICKS;
FELDMAN'S MEDICAL CENTER PHARMACY INC;
FCS PHARMACY, LLC,

Appellants

v.

INDEPENDENCE BLUE CROSS; QCC INSURANCE
COMPANY; CAREFIRST, INC.

No. 11-3583

CHRISTOPHER TEMPLIN; VIOLA HENDRICKS;
FELDMAN'S MEDICAL CENTER PHARMACY INC;
FCS PHARMACY, LLC

v.

INDEPENDENCE BLUE CROSS; QCC INSURANCE
COMPANY; CAREFIRST, INC

INDEPENDENCE BLUE CROSS; QCC INSURANCE,

Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 5-09-cv-04092)
District Judge: Honorable Joel H. Slomsky

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 26, 2012

Before: SLOVITER, CHAGARES, and JORDAN, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 26, 2012.

On consideration whereof, it is now hereby

ADJUDGED and ORDERED by this Court that the judgment of the United States District Court for the Eastern District of Pennsylvania entered on May 13, 2011 is VACATED and the matter is REMANDED for further proceedings. The judgment of the United States District Court for the Eastern District of Pennsylvania entered on August 19, 2011 is hereby AFFIRMED. All in accordance with the opinion of this Court. The parties shall bear their own costs.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: June 27, 2012

Certified as a true copy and issued in lieu
of a formal mandate on August 1, 2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**