IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

CHRISTOPHER TEMPLIN, VIOLA HENDRICKS,
FELDMAN'S MEDICAL CENTER PHARMACY,
INC., and FCS PHARMACY LLC,

                *Plaintiffs*,           Civil Action No. 09-4092 (JHS)

    -against-

INDEPENDENCE BLUE CROSS, QCC
INSURANCE COMPANY, and CAREFIRST, INC.,

                *Defendants*.

---

## JOINT STIPULATION AND ORDER

Plaintiffs Christopher Templin, Viola Hendricks, Feldman's Medical Center Pharmacy, Inc., and FCS Pharmacy LLC (collectively, "Plaintiffs") and defendants Independence Blue Cross, QCC Insurance Company (collectively, the "IBC Defendants") and CareFirst, Inc. ("CareFirst") (collectively, "Defendants") hereby STIPULATE AND AGREE that Defendants shall have until Monday, April 1, 2013, to respond to Plaintiffs' Third Amended Complaint (D.E. 129) in the above-captioned matter. Agreed to and submitted by:

| | |
|---|---|
| /s/ Anthony Paduano (w/p) | /s/ Katherine M. Katchen |
| Anthony Paduano | David L. Comerford |
| Jordan D. Becker | Katherine M. Katchen |
| Lori Vinciguerra | Matthew R. Varzally |
| PADUANO & WEINTRAUB LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 1251 Ave. of the Americas | Two Commerce Square |
| Ninth Floor | 2001 Market Street, Suite 4100 |
| New York, N.Y. 10020 | Philadelphia, PA 19103-7013 |
| Telephone: (212) 785-9100 | Telephone: (215) 965-1200 |
| | |
| Counsel for Plaintiffs | Counsel for the IBC Defendants |

/s/ Mark J. Oberstaedt (w/p)
Mark J. Oberstaedt
ARCHER & GREINER, P.C.
One Centennial Square
33 E. Euclid Ave.
Haddonfield, N.J. 08033
Phone: (856) 354-3072

Counsel for CareFirst


Jointly submitted to and filed with the Court by Plaintiffs and Defendants on February 28, 2013.

**SO APPROVED AND ORDERED:**

Dated: March 1, 2013

Hon. Joel H. Slomsky, U.S.D.J.