IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDEPENDENCE BLUE CROSS, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 09-4092 |

## ORDER

**AND NOW**, this 5th day of April 2013, upon consideration of Defendants Independence Blue Cross, Carefirst, Inc., and QCC Insurance Company's Joint Motion to Dismiss the Third Amended Complaint (Doc. No. 138), and the representations of counsel for the parties made on the record during the telephone conference held this day, it is **ORDERED** that:

1. The Defendants' Joint Motion to Dismiss (Doc. No. 138) is **GRANTED**.

2. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

3. Any pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.