UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, VIOLA HENDRICKS, FELDMAN'S MEDICAL CENTER PHARMACY, INC., and FCS PHARMACY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, and CAREFIRST, INC., <br><br> Defendants. | Civil Action No. 09-4092 (JHS) |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 54(d) and 29 U.S.C. §1132(g) (1), Plaintiffs Christopher Templin, Viola Hendricks, Feldman's Medical Center Pharmacy, Inc. and FCS Pharmacy LLC ("Plaintiffs") hereby move for an award of attorneys' fees and costs against Defendant s Independence Blue Cross, QCC Insurance Company (the "IBC Defendants") and CareFirst, Inc. ("CareFirst") (collectively, "Defendants") for the reasons set forth in the accompanying memorandum of law and the affidavit of Anthony Paduano dated April 16, 2013 and the declarations of Timothy Cole and Michael J. Salmanson both dated April 19, 2013.

Plaintiffs respectfully request oral argument in this matter.

Dated: New York, New York
       April 19, 2013

/s/ Anthony Paduano
Anthony Paduano

PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099
ap@pwlawyers.com


MANTACOLE, LLC
Timothy Cole
Suite 400
500 Office Center Drive
Fort Washington, PA 19034
Telephone: (215) 325-1741
Facsimile: (215) 641-0469
TimCole@mantacole.com

Attorneys for Plaintiffs

To:   David L. Comerford
      Akin Gump Strauss Hauer & Feld LLP
      Two Commerce Square
      2001 Market Street, Suite 4100
      Philadelphia, PA 19103
      Tel: (215) 965-1200
      Fax: (215) 965-1210
      Email: dcomerford@akingump.com
      Attorneys for Independent Blue Cross, QCC Insurance Company

      Jeffrey M. Kolansky
      Archer & Greiner
      One Liberty Place, 32nd
      1650 Market Street
      Philadelphia, PA 19103
      Tel: (215) 963-3300
      Email: jkolansky@archerlaw.com
      Attorneys for CareFirst Inc.

2