IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER TEMPLIN, et al.,

    Plaintiffs,

v.

INDEPENDENCE BLUE CROSS, et al.,

    Defendants.

CIVIL ACTION
NO. 09-4092

FILED
NOV 14 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 14th day of November 2013, upon consideration of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs with a Supporting Memorandum of Law (Doc. Nos. 141, 145), IBC's Response in Opposition (Doc. No. 151), CareFirst's Response in Opposition (Doc. No. 152), Plaintiffs' Replies (Doc. Nos. 153, 156), all related filings (Doc. Nos. 142-47, 161, 165-66; 168-70, 173, 175), arguments of counsel during a telephone conference held on the record on July 23, 2013, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc. No. 141) is **DENIED**.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.

21