UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 13-4493

CHRISTOPHER TEMPLIN; VIOLA HENDRICKS;
FELDMANS MEDICAL CENTER PHARMACY, INC.;
FCS PHARMACY LLC,
Appellant

v.

INDEPENDENCE BLUE CROSS; QCC INSURANCE COMPANY;
CAREFIRST, INC.

**FILED**
JUN 23 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-09-cv-04092)
District Judge: Honorable Joel H. Slomsky

ARGUED
OCTOBER 21, 2014

BEFORE: AMBRO, FUENTES, and NYGAARD, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued by counsel on October 21, 2014

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on November 15, 2013, be, and the same is, REVERSED and this matter is REMANDED to the District Court for further proceedings in light of this opinion.

Costs are taxed against Appellees.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: May 8, 2015

Certified as a true copy and issued in lieu of a formal mandate on June 23, 2015

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

```
Costs Taxed in Favor of Appellants
FCS Pharmacy LLC, Feldmans Medical Center
Pharmacy Inc, Viola Hendricks and
Chris Templin as Follows:
Brief................ $443.12
Reply Brief.......... $213.40
Appendix............. $3,569.22
Additional Volume Covers (Appendix) $130.00
Total................ $4,802.74
```