# EXHIBIT A

**Paduano & Weintraub LLP**
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
212-785-9100
Tax Identification No. 13-4127488

September 10, 2015

STATEMENT

Mr. Jarrett Bostwick
Factor Health Management LLC
P.O. Box 273309
Boca Raton, Florida 33427

File #:    11065

Invoice #: 14046

Re: <u>BC/BS - Pennsylvania (Independence)</u>

During the period July 1, 2015 through September 9, 2015, the charges incurred were:

| For Legal Services: | Rate  | Hours | Amount    |
|---------------------|-------|-------|-----------|
| Anthony Paduano     | $495  | 6.50  | 3,217.50  |
| Lori Vinciguerra    | $495  | 24.50 | 12,127.50 |
|                     |       | 31.00 | 15,345.00 |

For Disbursements (to date):

0.00

Period Total            $15,345.00

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/15 | LV | Telephone conference with Judge Slomksy Chambers regarding scheduling of telephone conference | 0.25 | $123.75 |
| 07/13/15 | AP | Review correspondence from court; review and revise papers | 2.00 | $990.00 |
| 07/14/15 | LV | Schedule conference call with defendant's counsel re: possible resolution | 0.25 | $123.75 |
| 07/16/15 | AP | Telephone conference with M.Obsertaedt, K.Katchen, L.Vinciguerra regarding possible resolution | 0.25 | $123.75 |
| | LV | Telephone conference with A.Paduano and defendants counsel regarding possible resolution | 0.25 | $123.75 |
| 07/17/15 | AP | Telephone conference with Judge Slomsky, L.Vinciguerra, K.Katchen and N.D'Amora | 0.50 | $247.50 |
| | LV | Telephone conference with court; draft letter to Judge Slomsky regarding relevant docket entries | 1.00 | $495.00 |
| 07/20/15 | LV | Revise and send letter to opposing counsel regarding docket entries relevant to fee motion | 1.00 | $495.00 |
| 07/21/15 | AP | Telephone conference with defendants' counsel regarding status report to court and settlement | 0.25 | $123.75 |
| | LV | Revise letter to Judge Slomsky regarding motion | 0.25 | $123.75 |
| 08/04/15 | LV | Research for supplemental submission to court | 0.50 | $247.50 |
| 08/05/15 | LV | Draft supplemental submission to court | 3.00 | $1,485.00 |
| 08/06/15 | LV | Continue drafting supplemental submission to court | 4.00 | $1,980.00 |
| 08/07/15 | LV | Revise draft brief and telephone confernece with A.Paduano regarding draft | 3.00 | $1,485.00 |
| 08/10/15 | AP | Review and revise brief | 1.50 | $742.50 |
| | LV | Revise brief | 2.50 | $1,237.50 |
| 08/31/15 | LV | Review defendants supplemental brief opposition to application for fees | 1.00 | $495.00 |
| 09/01/15 | LV | Draft affidavit; draft A.Paduano fee affidavit | 0.50 | $247.50 |
| 09/04/15 | LV | Research for reply brief; draft reply affidavit; begin drafting reply brief | 2.00 | $990.00 |
| 09/09/15 | AP | Review and revise brief | 2.00 | $990.00 |
| | LV | Draft reply brief | 5.00 | $2,475.00 |
| | | **TOTALS** | **31.00** | **$15,345.00** |