**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 2, 2015

**VIA ECF and FIRST CLASS MAIL**

The Honorable Joel H. Slomsky
United States District Judge
United States District Courthouse
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania  19106-1797

      Re:   Templin, et al. v. Independence Blue Cross, et al.
            (E.D. Pa. No. 09-4092)

Dear Judge Slomsky:

     I write regarding the joint sur-reply submission made this morning by Defendants.

     On July 23, 2015, the Court, following a telephone conference and a joint letter submitted by Plaintiffs and Defendants identifying the Docket Entries to be considered, set a briefing schedule for this six year-old matter. In the Court's order, there is no provision for a sur-reply by any party. Nonetheless, Defendants have again prolonged this matter and created more work for the Court and Plaintiffs by unilaterally, and in contradiction of the Court's Order, making today's submission.

     If the Court intends to read or rely on Defendants' sur-reply, Plaintiffs ask for leave to make their own submission. As to this, we await the Court's guidance.

     We thank the Court for its courtesies.

Respectfully,

*Anthony Paduano* /ap
Anthony Paduano
