IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TEMPLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDEPENDENCE BLUE CROSS, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 09-4092 |

## **ORDER**

**AND NOW**, this 22nd day of December 2015, upon consideration of the letter from counsel for Plaintiffs dated December 21, 2015, which was filed of record (Doc. No. 200), it is **ORDERED** that Plaintiffs may file a reply to the Joint Sur-Reply of Defendants by **January 9, 2016**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] In his letter, counsel for Plaintiffs states: "For quite some time, counsel for the parties have engaged in settlement discussions, which may well result in resolution of the matters now before the Court. In light of those talks, and the Court's acceptance of the sur-reply, Plaintiffs respectfully request that the Court adjourn the December 24, 2015 deadline for Plaintiffs' reply to January 9, 2016. Defendants inform us that they do not oppose the request."